NATHAN KELLER, Appellant, *v.* ALBERT DRATLER, Respondent.

Supreme Court, Appellate Term, First Department, December 11, 1925.

Jury — Municipal Court of City of New York — plaintiff entitled to jury of six men.

In an action in the Municipal Court of the City of New York it is reversible error, a jury of six men having been duly impaneled, for the court to excuse one juror for cause and direct that the case proceed with five jurors over plaintiff's objection. Although the jury was impaneled at defendant's request, the plaintiff had an equal right to a jury of six men.

APPEAL by plaintiff from a judgment of the Municipal Court, Borough of Manhattan, Fourth District, in favor of defendant, after a trial by a judge and jury.

*Samuel Kahan,* for the appellant.

*Solon J. Liebeskind,* for the respondent.

PER CURIAM. A jury of six men having been duly impaneled, the court excused one juror for cause and directed that the case proceed with five jurors. To the latter direction the plaintiff took an exception. Although the jury was impaneled at defendant's request, the plaintiff had an equal right to a jury of six men, and the court was in error in not replacing the juror who had been excused.

Judgment reversed and new trial ordered, with thirty dollars costs to appellant to abide the event.

All concur; present, BIJUR, LEVY and CHURCHILL, JJ.